# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▼

| | |
|---|---|
| Lucille Anderson as Heir and Wrongful Death Beneficiary of Clarence Anderson, Deceased <br><br> *Plaintiff(s)* <br> v. <br> Jefferson Comprehensive Health Center, Inc.; Jennifer Williams, FNP-C; Natchez Hospital Company. LLC dba Merit Health Natchez & Kenya J. Whitney, M.D. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:18-cv-133DCB-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jefferson Comprehensive Health Center, Inc.
c/o Mike Hurst
United States Attorney for the Southern District of Mississippi
501 Court Street, Ste. 4.430
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy D. Moore
THE LAW OFFICE OF TIMOTHY D. MOORE, PLLC
344 Highway 51, 2nd Floor
Ridgeland, MS 39157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 12/28/18

*Signature of Clerk or Deputy Clerk*