IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LUCILLE ANDERSON, as heir and wrongful**
**death beneficiary of Clarence Anderson, deceased**         **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO.: 5:18-cv-00133-DCB-MTP**

**UNITED STATES OF AMERICA,**
**JENNIFER WILLIAMS, FNP-C,**
**NATCHEZ HOSPITAL COMPANY, LLC**
**dba MERIT HEALTH NATCHEZ,**
**KENYA J. WHITNEY, M.D. and**
**JOHN DOES 1 through 10**                                  **DEFENDANTS**

## MOTION TO SUBSTITUTE THE UNITED STATES
## OF AMERICA AS THE PROPER PARTY DEFENDANT

The United States of America, by and through the United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney, moves this Court for an order substituting the United States of America for Jennifer Williams, FNP-C as the proper party defendant in the above-captioned action pursuant to 42 U.S.C. § 233(g)-(n) and 28 U.S.C. § 2679(d) and directing that the caption of this action be amended to reflect the substitution of the United States of America for Jennifer Williams, FNP-C.[1]

In support of this Motion, the United States contemporaneously files a Memorandum Brief and the following supportive Exhibit.

    Exhibit A –-U.S. Attorney Certification

---

[1] On December 8, 2018, plaintiff filed her Complaint against Jefferson Comprehensive Health Center, Inc., Jennifer Williams,FNP-C, and other non-federal defendants.  On January 28, 2019, she filed an Amended Complaint against the United States of America, Jennifer Williams, FNP-C, and other non-federal defendants.   To the extent that any claims are still remaining against Jefferson Comprehensive Health Center, Inc., those claims should be dismissed for the same reasons as the claims against Jennifer Williams, FNP-C which are cited herein. Counsel for defendant would further request that the docket sheet be amended to indicate that there is not a claim alleged against the Jefferson Comprehensive Health Center, Incorporated.

1

Dated: June 20, 2019

    Respectfully submitted,

    D. MICHAEL HURST, JR.
    UNITED STATES ATTORNEY
    Mitzi Dease Paige (MSB # 6014)
    Assistant United States Attorney
    501 E. Court Street - Suite 4.430
    Jackson, Mississippi   39201
    601-973-2840 (Phone)
    601-965-4409 (Fax)
    E-Mail: Mitzi.Paige@usdoj.gov
    Counsel for United States of America